

# Fourth Court of Appeals
## San Antonio, Texas

April 27, 2016

No. 04-15-00090-CR

Anthony Alex **DELEON,**
Appellant

v.

The **STATE** of Texas,
Appellee

From the 25th Judicial District Court, Guadalupe County, Texas
Trial Court No. 13-1992-CR-B
The Honorable William Old, Judge Presiding

# O R D E R

Appellant's pro se motion for access to appellate records is granted.

_____
Jason Pulliam, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 27th day of April, 2016.

_____
Keith E. Hottle
Clerk of Court